UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE RENEE SEURIN KUMAR, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br><br>Defendants. | Case No. 8:23-cv-00687-DOC-KES<br><br>**ORDER GRANTING REQUEST TO STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Honorable David O. Carter<br>United States District Judge |

Pursuant to the Stipulation filed by the parties for an extension of the deadline for Defendant to Respond to the Complaint and the supporting Declaration of Anish Vashistha, and for good cause shown, IT IS HEREBY ORDERED that the deadline for Defendant to respond to the Complaint shall be extended up to and including February 12, 2024.

The Court STAYS the case until February 15, 2024.

Dated: December 13, 2023

*David O. Carter*
_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE